NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Scott A. Burroughs, Esq.
DONIGER BURROUGHS
603 Rose Avenue
Venice, California 90291

CLEAR FORM

ATTORNEY(S) FOR: Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| STANDARD FABRICS INTERNATIONAL, INC. | CASE NUMBER: |
|---|---|
| Plaintiff(s), | |
| v. | |
| AEROPOSTALE, INC.; et. al. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Plaintiff _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| STANDARD FABRICS INT'L INC. | PLAINTIFF |
| AEROPOSTALE INC. | DEFENDANT |
| ROSS STORES INC. | DEFENDANT |

| 11/4/2015 | /s/ Scott A. Burroughs |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Scott A. Burroughs, Esq. -for Plaintiff