# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Standard Fabrics International Inc., | CASE NUMBER |
|---|---|
| v. PLAINTIFF(S) | CV15-08621 RGK (AJWx) |
| Aeropostale Inc et al., | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03 (RELATED CASES) |
| DEFENDANT(S). | |

## CONSENT

**TRANSFER ORDER DECLINED**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 14-03.

_____     Philip S. Gutierrez
Date                         United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

See attached.

11/18/15
Date                         United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case   CV15-03495 PSG (FFMx)   and the present case:

- [ ] A. Arise from the same or closely related transactions, happenings or events; or
- [x] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [x] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge   Andrew J. Wistrich   to Magistrate Judge   Frederick F. Mumm  .

On all documents subsequently filed in this case, please substitute the initials   PSG (FFMx)   after the case number in place of the initials of the prior judge, so that the case number will read   CV15-08621 PSG (FFMx)  . This is very important because the documents are routed to the assigned judges by means of these initials.

**TRANSFER ORDER DECLINED**

cc: [x] Previous Judge   [ ] Statistics Clerk

CV-34 (03/15)   ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03 (Related Cases)

Judge Philip S. Gutierrez declines to accept transfer of *Standard Fabrics International, Inc. v. Aeropostale Inc., et al.*, No. CV 15-08621 RGK (AJWx) on the proffered basis that it calls for determination of the same or similar questions of law or fact as the questions which will be determined in *Standard Fabrics International, Inc. v. Louise Paris Ltd., et al.*, No. CV 15-3495 PSG (FFMx).

Plaintiff brings two separate suits against different sets of Defendants for selling similar products which allegedly infringe Plaintiff's fabric designs. Although both claims are asserted against Doe defendants who Plaintiff believes manufactured the products, the Court is unable to assess whether the same manufacturer is responsible for both products. Lawsuits that are related because they assert infringement of the same design are not sufficiently related to justify transfer.