NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
ARNOLD & PORTER LLP
Eric D. Mason (State Bar No. 259233)
777 South Figueroa Street, 44th Floor
Los Angeles, CA  90017-5844
Telephone:  (213) 243-4000
Facsimile:  (213) 243-4199
ATTORNEY(S) FOR: Defendants Aeropostale, Inc. and Ross Stores, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANDARD FABRICS INTERNATIONAL, INC., a California corporation,<br><br>                                                Plaintiff(s),<br>          v.<br>AEROPOSTALE, INC., a Delaware corporation; ROSS STORES, INC., a California corporation; and DOES 1-10,<br><br>                                                Defendant(s) | CASE NUMBER:<br><br>2:15-cv-08621 (RGK) (AWx)<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Defendants Aeropostale, Inc. and Ross Stores, Inc.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| STAR FABRICS INTERNATIONAL, INC. | Plaintiff |
| AEROPOSTALE, INC. | Defendant |
| ROSS STORES INC. | Defendant |
| SCOPIA CAPITAL MANAGEMENT, LP | Owns more than ten percent (10%) of Defendant AEROPOSTALE, INC.'s stock |
| LOUISE PARIS, LTD. | Non-party/Indemnitor of Defendants |

December 1, 2015                            /s/ Eric D. Mason
Date                                        Signature
                                            Eric D. Mason
                                            Attorney of record for (or name of party appearing in pro per):
                                            Defendants Aeropostale, Inc. and Ross Stores, Inc.