ERIC D. MASON (State Bar No. 259233)
Eric.Mason@aporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
*Attorneys for Aeropostale Inc. and Ross Stores, Inc.*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANDARD FABRICS INTERNATIONAL, INC., a California corporation,<br><br>                           Plaintiff(s)<br>v.<br>AEROPOSTALE INC., a Delaware corporation; ROSS STORES, INC., a California corporation; and DOES 1-10,<br><br>                           Defendant(s). | CASE NUMBER  2:15-cv-08621 (RGK) (AJWx)<br><br>(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

__Tejeda, Laura W.__
*Applicant=s Name (Last Name, First Name & Middle Initial)*

__(212) 715-1027__        __(212) 715-1399__
*Telephone Number*         *Fax Number*

__Laura.Tejeda@aporter.com__
*E-Mail Address*

ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022-4690

*Firm Name & Address*

for permission to appear and participate in this case on behalf of
Aeropostale Inc. and Ross Stores, Inc.

*Name(s) of Party(ies) Represented*      ☐ Plaintiff   ☒ Defendant   ☐ Other:_____

and designating as Local Counsel

__Mason, Eric D.__                                   of
*Designee's Name (Last Name, First Name & Middle Initial)*

__259233__        __(213) 243-4000__
*Designee's Cal. Bar Number*   *Telephone Number*

__(213) 243-4199__
*Fax Number*

ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844

*Firm Name & Address*

__Eric.Mason@aporter.com__
*E-Mail Address*

hereby ORDERS the Application be:
☒ GRANTED.
☐ DENIED.  Fee shall be returned by the Clerk.
☐ DENIED.  For failure to pay the required fee.

Dated __DEC 3 2015__                                       __/s/__
                                                           U.S. District Judge/U.S. Magistrate Judge