# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Standard Fabrics International Inc | **CASE NUMBER** |
| v. **PLAINTIFF(S)** | 2:15-cv-08621 RGK(AJWx) |
| Aeropostale Inc et al | **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03 (RELATED CASES)** |
| **DEFENDANT(S).** | |

## CONSENT

**TRANSFER ORDER DECLINED**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 14-03.

_____          Michael W. Fitzgerald
Date                                              United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

*Separate copyrights and defendants.*

Feby 5, 2016                               [signed] Michael W. Fitzgerald
Date                                              United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  2:15-cv-08218 MWF(KSx)  and the present case:

- ☐ A.  Arise from the same or closely related transactions, happenings or events; or
- ☑ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
- ☑ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
- ☐ D.  Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery maters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____.

**TRANSFER ORDER DECLINED**

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____. This is very important because the documents are routed to the assigned judges by means of these initials

cc: ☐ Previous Judge   ☐ Statistics Clerk

CV-34 (06/14)                        ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03  (Related Cases)